IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF KANSAS

IN RE.
Elvin Francis Troutman,


Case No 11 22436
Debtor(s)


**AMENDMENT TO SCHEDULE  B**

Comes now the Debtor(s), Elvin Francis Troutman, by and through  Stephen G. Bolton  and  respectfully  amend  Schedule  B  to  reflect  a  correction  to  Debtor's financial accounts,  to wit:

Bank of the Prairie                    checking accounts (2)
(account information previously provided to interum trustee)
account balance is $27.37 personal
( Business account in name of Troutman Drywall Inc.)


No account at Cornerstone only obligation



WHEREFORE the Debtors would request the Court allow the amendment/correct to  the Debtor's Schedule B.

VERIFICATION
I, Elvin Francis Troutman do hereby verify that I have read the above and foregoing Amendment to Schedule B and  contents therein are true and correct to the best of my knowledge and belief.

__/s/ Elvin Francis Troutman     September   13, 2011
Elvin Francis Troutman



Respectfully Submitted:
Stephen G. Bolton, Attorney at Law, P.A.

 /s/ Stephen G. Bolton
Stephen G. Bolton  #8698
7201 Metcalf
Overland Park, Kansas 66204
913-831-3600
Attorney for Debtor(s)
CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and foregoing AMENDMENT TO SCHEDULE B  was filed via the CM/ECF System to all parties using the CM/ECF System on this 14th day of September , 2011.

/s/ Stephen G. Bolton